| | |
|---|---|
| 1<br>2 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |

**FILED**

2008 MAY 20 P 1:25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH RAWITZER,<br><br>    Defendant. | CR No. 08 00335 RS<br><br>VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Funds (Class A Misdemeanor)<br><br>SAN JOSE VENUE |

## INFORMATION

The United States Attorney charges:

On or about June 4, 2003, in the Northern District of California, the defendant

JOSEPH RAWITZER,

did willfully and knowingly embezzle and convert to the use of another, namely the Monterey Fire Safe Council (MFSC), a non-profit public benefit corporation, funds under $1,000 belonging to the United States, by submitting a false invoice for reimbursement of federal funds on behalf MFSC to the California Department of Forestry, an agency that received grant monies from the United States Department of Interior's Bureau of Land Management, which said grant monies were in turn used to reimburse MFSC for the amounts fraudulently invoiced by the defendant.

**INFORMATION**

All in violation of Title 18, United States Code, Section 643, a Class A Misdemeanor.

DATED: 5/14/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
AUSA SUSAN KNIGHT

**INFORMATION**                    -2-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, U.S.C. § 641 - Theft of Government Funds

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

PENALTY:
1 year jail
$100,000 fine
1 year supervised release
$25 special assessment fee

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI & DOI-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) SUSAN KNIGHT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEFENDANT
2008 MAY 20 P 1:25

JOSEPH RAWITZER
RICHARD W. WIEKING
CLERK
DISTRICT COURT NUMBER U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**CR-08 00335 RS**

**DEFENDANT**

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed ____

Month/Day/Year
DATE OF ARREST ▶ ____

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED ▶ ____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: ____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____
Before Judge: ____

Comments: